**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 01-31138
_____

CONRAD INDUSTRIES, INC.

Plaintiff-Appellant,

versus

GULF SOUTH ADMINISTRATORS, INC.; ET AL.,

Defendants,

GULF SOUTH ADMINISTRATORS, INC.; GULF SOUTH HEALTH
PLANS, INC.; EQUITY RE, INC.; AMERICAN NATIONAL LIFE
INSURANCE COMPANY OF TEXAS; NATIONAL UNION FIRE
INSURANCE COMPANY OF LOUISIANA; EXECUTIVE RISK
SPECIALTY INSURANCE COMPANY; RICHARD WICKERT; FRANCIS
BROWNING; RAMONA ADAMS,

Defendants-Appellees.

_____
Appeal from the United States District Court
For the Eastern District of Louisiana
(No. 01-CV-2250-F)
_____
September 9, 2002

Before REAVLEY, BARKSDALE, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

After carefully reviewing the record and the briefs, we affirm

for essentially the reasons given by the district court.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.